# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2019.

_____
Foreman

# PLEA

The defendant, *Juan Rangel Rubio*, waives arraignment and pleads *not guilty*

In open Court, this *19th* day of *December*, 2019.

*M. OL*
Counsel for Defendant

*[signature]*
Defendant

---

No. CR 418-CR-274

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
Pablo Rangel-Rubio, et al.

## INDICTMENT
FOR
8 U.S.C. § 1324(a)(1)(A)(v)(I); 18 U.S.C. §
1956(h); 18 U.S.C. §1957; 18 U.S.C. §1512(k);
18 U.S.C. § 1513(f); 18 U.S.C. §1958(a);
18 U.S.C. §§3591, 3592

Filed in open Court this *5th* day
of *December*, 2019.

*[signature]*
Deputy Clerk

BOBBY L. CHRISTINE
United States Attorney

USA-40-21-3

---

# PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2019.

_____
_____
_____

Witness: 1324

_____
Clerk, United States Courts