IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA          *
                          *
versus                    *
                          *

RANGEL-RUBIO, PABLO P1708272

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of
the record filing system of Chatham County Sheriff's Office (CCSO),
located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a
Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and
the records requested and dates involved, and certify that these
government records were taken from the ordinary government records of
the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of
the matters set forth by, or from information transmitted by, a person
with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted
activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted
activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6),
24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under
penalty of making false statements, that the foregoing is true and
correct.

Executed this 30TH day of NOVEMBER, 2017

SIGNATURE: _____

TITLE: Private / Criminal Intelligence

PHONE:  (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA          *
                          *
versus                    *
                          *

RANGEL-RUBIO, JUAN P1708273

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 30TH day of NOVEMBER, 2017

        SIGNATURE: _____

        TITLE: Private / Criminal Intelligence

        PHONE:  (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA                    *
                                    *
versus                              *
                                    *

RANGEL-RUBIO, JUAN P1708273

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 25TH day of OCTOBER, 2017

SIGNATURE: _Jeanette Lopez_

TITLE: Private / Criminal Intelligence

PHONE: (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA                    *
                                    *
versus                              *
                                    *

RANGEL-RUBIO, PABLO P1708272

## G O V E R N M E N T    R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 24TH day of OCTOBER, 2017

        SIGNATURE: _____

        TITLE: Private / Criminal Intelligence

        PHONE:  (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA                    *
                                    *
versus                              *
                                    *

RANGEL-RUBIO, PABLO P1708272

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 9TH day of APRIL, 2018

SIGNATURE: _____

TITLE: Private / Criminal Intelligence

PHONE: (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA          *
                              *

versus                   *
                              *

RANGEL-RUBIO, PABLO P1708272

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Matthew Stephenson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 4th day of December, 2018.

SIGNATURE: _____

TITLE: Private / Criminal Intelligence

PHONE:  (912) 644-5111

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA                    *
                                    *
versus                              *
                                    *
RANGEL, JUAN P1010043

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Matthew Stephenson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 4th day of December, 2018.

                SIGNATURE: _____

                TITLE: Private / Criminal Intelligence

                PHONE:  (912) 644-5111

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA            *
                           *
versus                     *
                           *
PEREZ BRAVO, HIGINO P1807465

## G O V E R N M E N T    R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Matthew Stephenson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 4th day of December, 2018.

        SIGNATURE: _____

        TITLE: Private / Criminal Intelligence

        PHONE:  (912) 644-5111

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA          *
                                  *
v.                                *
                                  *

RANGEL-RUBIO, PABLO P1708272

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Matthew Stephenson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.    The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.    The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 23rd day of August, 2018.

SIGNATURE: _____

TITLE: Private / Criminal Intelligence

PHONE:  (912) 644-5111

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA                    *
                                    *
versus                              *
                                    *
PEREZ BRAVO, HIGINO P1807465

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Ryan Thompson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The compact disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.   The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.   The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 16TH Day of MARCH, 2022.

SIGNATURE: _____

TITLE: Intel / C.I.D.

PHONE: (912) 660-9878