462

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


UNITED STATES OF AMERICA            )
                                    )
        vs.                         )            CASE NOS.
                                    )   4:18-CR-00274-LGW-BWC-3
HIGINIO PEREZ-BRAVO,                )
                                    )
_____Defendant._____ )



JURY TRIAL
BEFORE THE HONORABLE LISA GODBEY WOOD
April 14, 2022; 9:07 a.m.
Brunswick, Georgia

APPEARANCES:

For the Government:          TANIA D. GROOVER, Esq.
                            CHRISTOPHER HOWARD, Esq.
                            U. S. Attorney's Office
                            P. O. Box 8970
                            Savannah, Georgia  31412
                            (912) 201-2552
                            tania.groover@usdoj.gov
                            christopher.howard@usdoj.gov


For the Defendant:          ROBERT P.  PHILLIPS, III, Esq.
                            Phillips, Carson & Phillips
                            420 West Broughton Street
                            2nd Floor
                            Savannah, Georgia 31401
                            (912) 232-0081
                            bplaw@msn.com


Reported by:                Debbie Gilbert, RPR, CCR
                            Official Court Reporter
                            801 Gloucester Street
                            Post Office Box 1894
                            Brunswick, GA 31521-1894
                            (912) 262-2608 or (912) 266-6006
                            debra_gilbert@gas.uscourts.gov
                                 - - -

463

1                    P R O C E E D I N G S

2              (Call to order at 9:07 a.m.)

3         THE COURT:  All right, counsel, I understand there may

4    be some announcements to make; is that correct?

5         MS. GROOVER:  That is our understanding per defense

6    counsel.

7         MR. PHILLIPS:  Yes, ma'am.  May he be seated?

8         THE COURT:  Are we going to be a while?

9         MR. PHILLIPS:  It will be a few minutes.

10        THE COURT:  Everyone, have a seat.

11        MR. PHILLIPS:  What I was going to say, from the

12   beginning, it's been a little difficult with me not speaking

13   Spanish and him not speaking English, and the Government had

14   offered early on a plea agreement, and when I got my paralegal,

15   she was able to develop a rapport with my client, and she's been

16   most helpful.

17        My client does have some still difficulty but he has

18   begun expressing a desire to enter a plea of guilty.  He has

19   seen the evidence.  We have seen it before.  We have discussed

20   it before, but it's not quite the same as seeing it in context.

21   He has expressed to me, at the beginning of the trial, he

22   expressed to me a desire to consider entering a plea and I

23   wanted to go forward and let him see what the evidence was

24   because of the lateness of the situation, but he has persisted

25   in the last day and a half saying that he now wants to accept

464

1  responsibility.

2       Last night, yesterday afternoon, we met with him for a

3  time yesterday afternoon.  He expressed that firmly and I told

4  him I wanted him to go home, go back to jail and sleep on it and

5  make a decision this morning.

6       We came in early this morning and met with him, and he

7  reaffirms his desire to enter, to accept the Government's plea

8  offer, which, by the way, early on I had it translated into

9  Spanish and then I had Ms. Vashon review that for accuracy, so

10  he's seen it in Spanish.  Ms. Vashon has gone over it with him

11  in Spanish.

12       I'm fully confident that he understands that, based upon

13  her representations to me, and he says he would like to change

14  his plea from not guilty to guilty.

15       THE COURT:  All right, and has that plea been extended

16  to him to accept?

17       MS. GROOVER:  It has, Your Honor.  It is the same plea

18  except we are withdrawing the third point for a timely

19  acceptance of responsibility, so that does need to be amended,

20  Your Honor.

21       MR. PHILLIPS:  And we fully acknowledge that that's

22  appropriate.

23       THE COURT:  All right, counsel, then, of course, whether

24  he enters into a plea agreement or not is entirely up to him and

25  not The Court's business, but it's my understanding he does

465

 1   intend to enter into a plea.

 2         What we will do is have the jury called in right now.

 3   I'll explain to them that I have some extended housekeeping

 4   matters to take up with the attorneys and I'm going to excuse

 5   them.

 6         Mr. Phillips, has he had sufficient time to look at the

 7   plea and talk about it?  Can we go straight into a Rule 11

 8   proceeding?

 9         MR. PHILLIPS:  I think we can, Your Honor.

10         THE COURT:  All right, then I will -- when we bring the

11   jurors in, I'm going to excuse them until 10:30, and that will

12   give us time to break briefly.

13         I need to get a copy of whatever plea agreement you're

14   proposing and we will take up the plea immediately.  We have a

15   translator here, and when the jurors return at 10:30, if the

16   plea does not go through, we will just go forward with the

17   trial.

18         If it does, I will let them know what has transpired and

19   we can excuse them at that point.  If that's what happens, if

20   the plea does go through, along with excusing the jurors, I am

21   going to give you the opportunity, if you would like, to meet

22   with any jurors in my chambers after they are excused, whichever

23   ones want to stay and meet.  It's an invaluable experience to

24   talk to them about what they have seen, what their thoughts

25   were, what your performance was, if you would like.  I will give

466

1    you that opportunity if any jurors do want to stay behind.

2         I'm told that there is one juror, and it's Ms. Pope, who

3    has eaten something and is fairly sick, and would there be any

4    objection to excusing her at this point knowing that we may

5    proceed with the trial later today?

6         We do have 14 jurors.  That would leave us with 13,

7    still one extra, but she told the marshal that she thinks she

8    ate something and has sort of food poisoning type symptoms.

9         Any objection to excusing Ms. Pope?

10        MS. GROOVER:  No objection from the Government.

11        MR. PHILLIPS:  No objection, no, ma'am.

12        THE COURT:  With that --

13        MS. GROOVER:  Your Honor, if I may, I apologize, just

14   briefly, with respect to our schedule, convening back at 10:30,

15   we are still in the process of communicating this to the family

16   to get their position on that, and that does take -- we were

17   almost done with that, and then also we do still need to prepare

18   the summary, but we should have that done in about five to 10

19   minutes, Your Honor.

20        THE COURT:  That will still get to us 10:30.

21        MS. GROOVER:  Yes.

22        THE COURT:  Let's rise for the jury.

23        (The jury enters the courtroom.)

24        THE COURT:  Good morning, ladies and gentlemen.

25        SPEAKERS:  Good morning.

1    THE COURT:  Welcome back.  As you notice we're starting

2  a little bit late, which is not our custom.  We're doing that

3  because I have some housekeeping issues that I need to take up

4  with the attorneys that is going to take some time, and rather

5  than just having you sit around in the jury room, I'm going to

6  excuse you until 10:30, so I need you to come back to your jury

7  room in time for us to start promptly at 10:30.

8      During that break, remember all of the familiar

9  admonitions:  Don't talk about the case, don't do any research,

10 don't make up your mind, don't consume any media about the case.

11     And I don't want you to be concerned.  We're still on

12 track to complete our service according to the time schedule

13 that I enunciated at the beginning, so all is on track.

14     The second issue, Ms. Pope, I understand has eaten

15 something and you're not feeling good at all.  Ms. Pope, would

16 it be your desire to be excused or do you want to try to power

17 through?

18     JUROR POPE:  I want to power through.

19     THE COURT:  You want to power through?

20     JUROR POPE:  Yeah, I told everybody and so everybody is

21 comfortable.

22     THE COURT:  Then all of you, if you will return at

23 10:30.  Let's rise for this jury.

24     (The jury exits the courtroom.)

25     THE COURT:  Very dedicated juror.  So we will begin the

468

1    Rule 11 at 9:30, so if you will complete your contact to the

2    family and get a copy of that plea agreement to Ms. Sharp and we

3    will readjourn at 9:30 to consider the plea.

4            All right, we will be in recess until that time.

5            (Recess from 9:18 a.m. to 10:40 a.m.)

6            THE COURT:  So gentlemen, return to your station and

7    let's all rise for the jury.

8            (The jury enters the courtroom.)

9            THE COURT:  Ladies and gentlemen of the jury, welcome

10   back.  I have what may be surprising news for some of you, and

11   that is apparently last night the defendant, Mr. Perez-Bravo,

12   changed his mind and decided to enter a plea of guilty to Count

13   8 that was pending in front of you, and the matters that I took

14   up with the attorneys and Mr. Perez-Bravo while I excused you

15   was an examination of Mr. Perez-Bravo to ensure that it was a

16   knowing and voluntary plea.

17           I've conducted that examination and have just accepted

18   his plea of guilty to Count 8.  As a result, in just a moment, I

19   can excuse you.  I can excuse you with the sincere thanks of The

20   Court.

21           What I want you to understand is that it was, in fact,

22   your presence, your willingness and ability to serve that

23   enabled us to reach the point that we did and I want you to go

24   home understanding the important role that each of you served.

25           So I can excuse you with the sincere thanks of The

469

1   Court.  In just a moment, the marshal is going to escort you

2   back to the jury room for your last time with us.  I am going to

3   come and shake your hand and thank you for your service, and I

4   am going to invite some of you, if you have time, to spend just

5   a few moments with counsel in my chambers.

6           They may have questions for you about your perceptions

7   and so forth.  You don't have to stay to do that, but if you

8   have a few moments to do that, the parties would appreciate that

9   if possible.  So let's rise for this jury.

10          (The jury exits the courtroom.)

11          THE COURT:  Mr. Perez-Bravo, I will remand you back to

12  the custody of the US Marshal, and, counsel, we will be in

13  recess, and Ms. Sharp will let you know if there's any jurors

14  that agree to meet with you.  We will be in recess.

15          (Proceeding concluded at 10:45 a.m.)

16                      CERTIFICATION

17

18          I certify that the foregoing is a true and correct

19  transcript of the stenographic record of the above-mentioned

20  matter.

21

22          _Debra D Gilbert_

24  _____     05/03/2022

25  Debra Gilbert, Court Reporter          Date