# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

UNITED STATES
v.
HIGINIO PEREZ-BRAVO

## EXHIBIT LIST

Case Number: 4:18-cr-274-3

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | Tania Groover, Chris Howard | Robert Phillips |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| April 12–April __, 2022 | Debbie Gilbert | Whitney Sharp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 04/12 | X | ✓ | Maps of Savannah Pines Mobile Home Park |
| 2 | | 04/12 | X | ✓ | Photographs of Eliud Montoya |
| 3 | | 04/12 | X | ✓ | Eliud Montoya's Naturalized U.S. Citizenship Certificate |
| 4 | | 04/12 | X | ✓ | Photographs of Eliud Montoya's EEOC Paperwork |
| 5 | | 04/12 | X | ✓ | Eliud Montoya's EEOC Paperwork |
| 6 | | 04/12 | X | ✓ | Wolf Tree Timesheet |
| 7 | | 04/12 | X | ✓ | Photograph of Pablo Rangel-Rubio |
| 8 | | 04/12 | X | ✓ | Photograph of Juan Rangel-Rubio |
| 9 | | 04/12 | X | ✓ | Wolf Tree Paychecks Deposited into Oscar Cruz Account & Summary |
| 10 | | 04/12 | X | ✓ | Eliud Montoya April 2017 Complaint Letter |
| 11 | | 04/12 | X | ✓ | Oscar Cruz Plea Agreement |
| 12 | | 04/12 | X | ✓ | Joel Reyes Complaint Letter |
| 13 | | 04/12 | X | ✓ | Eliud Montoya's EEOC Intake Questionnaire |
| 14 | | 04/12 | X | ✓ | Eliud Montoya's Charge of Discrimination, Dated Aug. 17, 2017 |
| 15 | | 04/12 | X | ✓ | Eliud Montoya's Supporting Documentation |
| 16 | | 04/12 | X | ✓ | EEOC Intake Notes |
| 17 | | 04/12 | X | ✓ | Notice of Charge of Discrimination |
| 18 | | 04/12 | X | ✓ | Map of Savannah Pines with Lots 59 and 130 |
| 19 | | 04/12 | X | ✓ | IBEW Surveillance Image, Aug. 19, 2017, of Toyota Sedan |
| 20 | | 04/12 | X | ✓ | Maps of Entrance to Savannah Pines Mobile Home Park |
| 21 | | 04/12 | X | ✓ | Map of Crime Scene |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

United States vs. Higinio Perez-Bravo   CASE NO. 4:18-274-3

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 04/1/2 | X | ✓ | Crime Scene Photographs |
| 23 | | | X | | Yellow Notebook Seized from Eliud Montoya's Vehicle |
| 24 | | | X | | Photographs of Yellow Notebook |
| 25 | | | X | | Photographs of Search of Rangel-Rubios' Compound |
| 26 | | | X | | Photographs of Search of Juan's Trailer |
| 27 | | | X | | Photograph of Box of .22 Cal. Ammunition |
| 28 | | | X | | Box of .22 Cal. Ammunition |
| 29 | | | X | | IBEW Surveillance Video for August 18, 2017 |
| 29a | | | X | | IBEW Surveillance Clip 1, Aug. 18, 2017, Van & Escalade |
| 29b | | | X | | IBEW Surveillance Clip 2, Aug. 18, 2017, Van & Escalade |
| 29c | | | X | | IBEW Surveillance Clip 3, Aug. 18, 2017, Van & Escalade |
| 29d | | | X | | IBEW Surveillance Clip 4, Aug. 18, 2017, Van & Escalade |
| 29e | | | X | | IBEW Surveillance Clip 5, Aug. 18, 2017, Van & Escalade |
| 29f | | | X | | IBEW Surveillance Clip 6, Aug. 18, 2017, Van & Escalade |
| 29g | | | X | | IBEW Surveillance Clip 7, Aug. 18, 2017, Van & Escalade |
| 29h | | | X | | IBEW Surveillance Clip 8, Aug. 18, 2017, Van & Escalade |
| 30 | | | X | | IBEW Surveillance Video for August 19, 2017 |
| 30a | | | X | | IBEW Surveillance Clip 1, Aug. 19, 2017, Van |
| 30b | | | X | | IBEW Surveillance Clip 2, Aug. 19, 2017, Van |
| 30c | | | X | | IBEW Surveillance Clip 3, Aug. 19, 2017, Van |
| 30d | | | X | | IBEW Surveillance Clip 4, Aug. 19, 2017, Van |
| 30e | | | X | | IBEW Surveillance Clip 5, Aug. 19, 2017, Van |
| 30f | | | X | | IBEW Surveillance Clip 6, Aug. 19, 2017, Van |
| 30g | | | X | | IBEW Surveillance Clip 7, Aug. 19, 2017, Van |
| 30h | | | X | | IBEW Surveillance Clip 8, Aug. 19, 2017, Van |
| 30i | | | X | | IBEW Surveillance Clip 9, Aug. 19, 2017, Van |
| 31 | | | X | | $6,000 Check to Defendant from Pablo Rangel-Rubio |
| 32 | | ↓ | X | ↓ | $20,000 Wire to Defendant from Pablo Rangel-Rubio |

| | | | | | |
|---|---|---|---|---|---|
| 33 | | 04/12 | X | ✓ | Photographs of Defendant's White 2007 Chevrolet Van |
| 34 | | | X | | Photograph of Defendant's White 2006 Cadillac Escalade |
| 35 | | | X | | S.C. Dep't of Motor Vehicle Record for Defendant's Van |
| 36 | | | X | | S.C. Dep't of Motor Vehicle Record for Defendant's Escalade |
| 37 | | | X | | Cell Phone Records for Verizon 912-313-6350 (Pablo Rangel) and 912-677-2816 (Juan Rangel) |
| 38 | | | X | | Cell Phone Records for AT&T 912-631-4590 (Defendant) |
| 39 | | | X | | Cell Phone Records for T-Mobile 912-662-9133 (Juan Rangel) |
| 40 | | | X | | Photographs of Eliud Montoya's Autopsy |
| 41 | | | X | | Photographs of Gunshot Wounds |
| 42 | | | X | | Photograph of .22 Metal Jacketed Bullet and Bullet Fragment (L Neck) |
| 43 | | | X | | .22 Metal Jacketed Bullet and Bullet Fragment (L Neck) |
| 44 | | | X | | Photograph of .22 Metal Jacketed Bullet (R Frontal) |
| 45 | | | X | | .22 Metal Jacketed Bullet (R Frontal) |
| 46 | | | X | | Photograph of Metal Jacketed Bullet (Neck) |
| 47 | | | X | | Metal Jacketed Bullet (Neck) |
| 48 | | | X | | Photograph of .22 Metal Jacketed Bullet (Lower R Chest) |
| 49 | | | X | | .22 Metal Jacketed Bullet (Lower R Chest) |
| 50 | | | X | | Photograph of Metal Jacket Fragments |
| 51 | | | X | | Metal Jacketed Fragments |
| 52 | | | X | | Certified Death Certificate |
| 53 | | | X | | Pablo Rangel-Rubio's Immigration and Alien File |
| 54 | | | X | | Juan Rangel-Rubio's Immigration and Alien File |
| 55 | | | X | | Defendant's Immigration and Alien File |
| 56 | | | X | | Map of Pertinent August 19, 2017 Locations for Defendant |
| 57 | | | X | | Map of Pertinent August 19, 2017 Locations for Defendant, Pablo, Juan |
| 58 | | | X | | Audio of Defendant's Interview on July 30, 2018 |
| 59 | | | X | | Transcript of Defendant's Interview on July 30, 2018 |
| 60 | | | X | | Chatham County Jail Call, Oct. 1, 2017 at 11:15 A.M. |
| 61 | | | X | | Transcript of Chatham County Jail Call, Oct. 1, 2017 at 11:15 A.M. |
| 62 | | | X | | Cellular Site Analysis Report |

| # | | | | | Description |
|---|---|---|---|---|---|
| 63 | 6/1/2 | X | ✓ | | Pablo Rangel's Bank of America Accounts Ending in 2385, 8908, 2147 |
| 64 | | X | | | Pablo Rangel's Bank of America Account Ending in 6341 |
| 65 | | X | | | Pablo Rangel's Wells Fargo Accounts Ending 6752 and 5354 |
| 66 | | X | | | Summary of Direct Deposits & Checks into Pablo Rangel's Accounts |
| 67 | | X | | | Juan Rangel's Bank of America Accounts 6931, 8386, 5238 |
| 68 | | X | | | Summary of Direct Deposits into Juan Rangel's Accounts |
| 69 | | X | | | Summary of Direct Deposits and Checks into Pablo and Juan's Accounts |
| 70 | | X | | | Defendant's Wells Fargo Account Ending in 1913 |
| 71 | | X | | | Summary of Defendant's Bank Account |
| 72 | | X | | | Pablo's Wolf Tree Truck GPS for August 2, August 18, August 19, 2017 |
| 73 | | X | | | Screenshots of IBEW Surveillance Video for August 18, 2017 |
| 74 | | X | | | Summary of Defendant's Van and Escalade on Aug. 18, 2017 |
| 75 | | X | | | Screenshots of IBEW Surveillance Video for August 19, 2017 |
| 76 | | X | | | Summary of Defendant's Van on August 19, 2017 |
| 77 | | X | | | Wolf Tree Employee File |
| 78 | | X | | | Call Activity for 912-662-9133 Number |
| 79 | | X | | | Call Activity on August 18, 2017 for Pertinent Phones and Locations |
| 80 | | X | | | Call Activity on August 19, 2017 for Pertinent Phones and Locations |
| 81 | | X | | | McDonald's Surveillance Video for August 19, 2017 |
| 82 | | X | | | Image of Defendant's Van from McDonald's Surveillance Video |
| 83 | | X | | | Photograph of Defendant |
| 84 | | X | | | Record of $20,000 Wire from Pablo Rangel to Defendant's Account |
| 85 | | X | | | Summary of Call Frequency Chart |
| 86 | | X | | | Chart of Pertinent Phone Numbers |
| | | | | | |
| 200 | | X | | | USCIS Certifications |
| 201 | | X | | | Davey Tree Expert Company Certification |
| 202 | | X | | | EEOC Certification |
| 203 | | X | | | IBEW Certification |
| 204 | | X | | | Bank of America Certifications |
| 205 | | X | | | Wells Fargo Certification |

| # | | | | | Description |
|---|---|---|---|---|---|
| 206 | | | X | | South Carolina Department of Motor Vehicle Certification |
| 207 | | | X | | Verizon Certification |
| 208 | | | X | | AT&T Certification |
| 209 | | | X | | T-Mobile Certification |
| 210 | | | X | | Georgia Dep't of Vital Records for Eliud Montoya Death Certificate |
| 211 | | | X | | Chatham County Detention Facility Certification |
| 212 | | | X | | Georgia Department of Revenue Certification |
| 213 | | | X | | McDonald's Certification |
| | | | | | |
| 300 | | | X | | Transcript of Maria Montoya's Civil Deposition |
| 301 | | | X | | Transcript of Oscar Cruz's Civil Deposition |
| 302 | | | X | | Transcript of Oscar Cruz's Grand Jury Testimony |
| 303 | | | X | | Transcript of Joel Reyes' Interview on Aug. 19, 2017 |
| 304 | | | X | | Transcript of Joel Reyes' Civil Deposition |
| 305 | | | X | | Transcript of Joel Reyes' Grand Jury Testimony |
| 306 | | | X | | Transcript of Gerardo Hernandez's Grand Jury Testimony |
| 307 | | | X | | Transcript of Roberto Rodriguez's Testimony on Dec. 13, 2017 |
| 308 | | | X | | Transcript of Roberto Rodriguez's Testimony on June 17, 2021 |
| 309 | | | X | | Transcript of Roberto Rodriguez's Testimony on June 25, 2021 |
| 310 | | | X | | Transcript of Anthony Miranda's Testimony on June 17, 2021 |
| 311 | | | X | | Transcript of Anthony Miranda's Testimony on Dec. 13, 2017 |
| | | | | | |
| 400 | | | X | | Georgia Department of Revenue Lack of Records Certification |
| 401 | | | X | | Defendant's Savannah Police Dep't Arrest Dec. 16, 2009 |
| 402 | | | X | | Defendant's Savannah Police Dep't Arrest June 8, 2015 |
| 403 | | | X | | Defendant's Lanier Employee File |
| 404 | | | X | | Summary of Pablo Rangel Construction Material Purchases |
| 405 | | | X | | Memorial Health Records for Lesly Enamorado |