Savannah Local Office
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406-2579

Savannah Local Office
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406-2579

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Savannah Local Office



7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406-2579
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Savannah Status Line: 866-408-8075
Savannah Direct Dial: (912) 920-4279
TTY (912) 920-4491
FAX (912) 920-4484



**WOLF TREE** — a DAVEY company
3310 Greenway Dr.
Knoxville, TN 37918

CHECK DATE 07/14/2017   CHECK NUMBER 00056867
EMPLOYEE NO 20027591

| EMPLOYEE NAME | PAY FREQUENCY | COST CENTER | PERIOD BEGIN | END | CHECK DATE |
|---|---|---|---|---|---|
| Mr Eliud Montoya | Weekly | 676130 | 07/02/17 | 07/08/17 | 07/14/2017 |

### EARNINGS AND OTHER PAY

| DESCRIPTION | HOURS | RATE | CURR AMT | YTD AMT |
|---|---|---|---|---|
| Overtime | | | | 10,047.00 |
| Holiday Pay | 8.00 | 17.00 | 136.00 | 544.00 |
| Straight Time | 40.00 | 17.00 | 680.00 | 19,040.00 |

### TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT AMT | YTD AMT |
|---|---|---|
| Federal W/H EE | 10.43 | 996.95 |
| Federal OASDI EE | 43.97 | 1,652.53 |
| Federal MedcarEE | 10.28 | 386.48 |
| Georgia W/H EE | 16.34 | 841.02 |
| Med - GIP Pre Tax | 94.77 | 2,649.04 |
| 401K - Pre Tax | 48.96 | 1,777.86 |
| Dental-Pre Kent | 9.83 | 265.41 |
| Vision-Pre Kent | 2.33 | 62.91 |
| Voluntary STD | 1.22 | 34.46 |

| TOTAL EARNING | 48.00 | | 816.00 | 29,631.00 | TOTAL TAXES/DEDUCTIONS | 238.13 | 8,666.66 |

| DESCRIPTION | OPENING BAL | ADDITIONS | WITHDRAWALS | CLOSING BAL |
|---|---|---|---|---|
| Company Bal | | | | |
| Savings Bal | | | | |

ESTIMATED PTO/VACATION:

| YTD ENTITLEMENT | TAKEN | CASH-IN | YTD BALANCE |
|---|---|---|---|
| 120.00 | 0.00 | 0.00 | 120.00 |

| PAY SUMMARY | CURRENT AMT | YTD AMOUNT |
|---|---|---|
| Total Earnings | 816.00 | 29,631.00 |
| NonCash Compensation | | |
| Total Deductions | 157.11 | 4,789.68 |
| Total Taxes | 81.02 | 3,876.98 |
| Net Pay | 577.87 | 20,964.34 |

- Provide contact information to include an email address for a Human Resources representative.