**WOLF TREE** — A Davey company

Spreadsheet ✓ 5152710

| CLIENT NAME | COST CENTER | WEEK ENDING DATE |
|---|---|---|
| geogia power | 676130 | 6/3/2017 |

| TYPE OF SERVICE | | | CLIENT ADDRESS | INJURIES FOR WEEK |
|---|---|---|---|---|
| UNIT | HOURLY | LUMP SUM | | |
| | lump sum | | | none |
| DISTRIBUTION | TRANSMISSION | STORM | | |

SUPERVISOR APPROVAL: pablo rangel

| Name/Employee No | ID # | CLASS | SUN | MON | TUE | WED | THU | FRI | SAT | S | O | D | TOTAL HOURS | EQUIPMENT | CLASS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| pablo rangel | 20027225 | gf | | v | v | v | v | | | | | | | 2900117 | pickup | | | 10 | 10 | 10 | 10 | 10 | 50 |
| Luciano Rodriguez | 20058593 | gm | | | 10 | 10 | 10 | 10 | 10 | 40 | 10 | | 50 | 2201568 | pickup | | | 10 | 10 | 10 | 10 | 10 | 50 |
| rufino rodriguez | 20034801 | tt | | | 10 | 10 | 10 | 10 | 10 | 40 | 10 | | 50 | 6602006 | chipper | | | 10 | 10 | 10 | 10 | 10 | 50 |
| fernando soto | 20032085 | tt | | | a | a | a | a | a | | | | | 5000876 | tractor | | | | | | | | 0 |
| bonifacio herndez | 20027350 | tt | | | 10 | 6 | 10 | 10 | 10 | 40 | 6 | | 46 | 2404042 | sd | | | 10 | 10 | 10 | 10 | 10 | 50 |
| jose santos | 20027363 | tt | | | 10 | 6 | 10 | 10 | 10 | 40 | 6 | | 46 | | | | | | | | | | 0 |
| oscar cruz | 20044994 | tt | | | 10 | 10 | 10 | 10 | 10 | 40 | 10 | | 50 | | | | | | | | | | 0 |
| raymundo espino | 20027444 | cl | | | 10 | 6 | 10 | 10 | 10 | 40 | 6 | | 46 | 1500849 | s.d | | | 10 | 10 | 10 | 10 | 10 | 50 |
| juan amaya | 20027456 | tt | | | 10 | 6 | 10 | a | 10 | 36 | | | 36 | 6602244 | chipper | | | 10 | 10 | 10 | 10 | 10 | 50 |
| homero gonzalez | 20032689 | tt | | | 10 | 6 | 10 | 10 | | 36 | | | 36 | 5700539 | jarraff | | | 10 | 10 | 10 | 10 | 10 | 50 |
| antwean l bedford | 20059679 | | | | a | a | a | a | a | | | | 0 | 6602247 | chipper | | | 10 | 10 | 10 | 10 | | 40 |
| rafael moreno | 20032149 | tt | | | 10 | 6 | 10 | 10 | 10 | 40 | 6 | | 46 | 3300098 | bucket | | | 10 | 10 | 10 | 10 | | 40 |
| edgar cruz | 20030293 | cl | | | 10 | 10 | 10 | 10 | 10 | 40 | 10 | | 50 | 3001621 | bucket | | | 10 | 10 | 10 | 10 | | 40 |
| lecornus jones | 20056973 | gp | | | 10 | 6 | 10 | a | 10 | 36 | | | 36 | 2201822 | pickup | | | 10 | 10 | 10 | 10 | 10 | 50 |
| hector garcia | 20034434 | gp | | | 10 | 10 | 10 | 10 | 10 | 40 | 10 | | 50 | 3300105 | bucket | | | 10 | 10 | 10 | 10 | | 40 |
| fernando montanes | 20032419 | tt | | | 10 | 10 | 10 | 10 | 10 | 40 | 10 | | 50 | | | | | | | | | | 0 |
| fernando hrnandez | 20052295 | tt | | | 10 | 6 | 10 | 10 | | 36 | | | 36 | 6602008 | chipper | | | 10 | 10 | 10 | 10 | | 40 |
| giovanni martinez | 20035087 | cl | | | 10 | 6 | 10 | 10 | 10 | 40 | 6 | | 46 | | | | | | | | | | 0 |
| stanley turner | 20050618 | tt | | | 10 | 10 | 10 | 10 | 10 | 40 | 10 | | 50 | 6602005 | chipper | | | 10 | 10 | 10 | 10 | | 40 |

STARTING TIME / QUITING TIME

TOTAL CREW HOURS: 724

ACTIVITIES: DATE | WORK TYPE | CIRCUIT / LOCATION | MAN HOURS | PRIMARY TRIMS | SECONDARY TRIMS | REMOVALS 4-8 | 8-12 | 12-16 | 16-20 | 20-30 | CROWN REDUCTION | MILES | UNITS

REMARKS:

WTIGJR00005585