

PEREZ-000015