

PEREZ-000014