To Who It May Concern

Savannah GA, 07-27-2017

My name is Joel Reyes, I live in Savannah Ga, and have been working for the Wolf Tree Expert company for almost four years. I want to file a complaint against my supervisor Pablo Rangel. I am a person who works illegally in this company and I am currently using the name and social security number of someone else, in all the years that I have been working for the company, I have used the information of someone else three times. But, almost all of my partners do the same because we are illegal. The problem with Pablo Rangel is that I never get paid for a three-year vacation. And, as he sells me the information of the other person for $1,500, he receives the check; he changes it, and pays me. But, as he receives the check he does not pay me all the full money. When I complain he leaves me without work and then gives me work again with the name of another person. This abuse not only happens to me but to other workers as well. He charges them $1,500 for the papers and deducts the payment because he pays us cash. The names that I have used are Armando Trejo and Fernando Soto. However, my real name is Joel Reyes. This supervisor commits many of these abuses only because we are illegal. Therefore, that is the reason that I request to whom it may corresponds that he is removed from his position as supervisor. ATATCH A COPY OF MY check stub., I'LL LEAVE MY PHONE NUMBER IN CASE YOU HAVE ANY QUESTIONS ███-9038

Sincerely,

*Joel Reyes*

Joel Reyes

ELIUD MONTOYA
Notary Public, Chatham County, Georgia
My Commission Expires February 8, 2018