EEOC Form 5 (11/09)

|  | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 415-2017-00854 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Eliud A. Montoya | | 1975 |

Street Address: 59 Village Drive, Garden City, GA 31408

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DAVEY TREE EXPERT COMPANY | 500 or More | (800) 447-1667 |

Street Address: 1300 North Mantua, Kent, OH 44240

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-24-2017   Latest: 08-16-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired in 2006-2007, as a Driver & Foreman. I currently hold the Trimmer position. On April 24, 2017, I filed an internal written complaint regarding: intimidation; wages; unsafe workplace; retaliatory actions from management and a hostile work environment at the work-place affecting me and other Hispanic employees. In May 2017, Pablo Rangel, Supervisor, met with Margie Conner, Esq., Legal Representative; H.R./Employee Relations, for Respondent. Mr. Rangel returned to the work-site intimidating me and the rest of the Hispanic workers, approximately 30 employees), stating that nothing was to become of my complaint and made a mockery of the situation, belittling me in front of the other employees. He wanted to teach all a lesson whereas if we complained of the unlawful employment practices, we would be retaliated against. During my tenure, I performed successfully, until my complaint, where I am being accused of false safety violations and a paper trail is being produced to get rid of me. Oscar Cruz, current supervisor, was put under Mr. Rangel's supervision and was named our direct supervisor. On June 1, 2017, I received a written reprimand for alleged safety violations. Again on August 16, 2017, I received another false safety-violation reprimand and a three-day suspension without pay. On August 16, 2017, I contacted Ms. Conner to update her of the current and on-going situation at the work-place.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 17, 2017
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
AUG 17 2017

RECEIVED  AUG 17 2017

SCANNED 10/3/17

EEOC-EEOC-000001

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>415-2017-00854 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

II. Neither management nor Ms. Conner, are given any reason for the above-mentioned actions. Ms. Conner has continuously told me since April through the present, that my complaint is under investigation. No reason has been given for failing to take quick and appropriate action regarding my complaint and management's ill treatment of Hispanic workers.

III. I believe that I have been discriminated against because of my national origin, Hispanic/Mexican and in retaliation for opposing unlawful employment practices at the work-p/ace, in violation of Title VII of the Civil Rights Act of 1964, as amended.

IV. I believe that Hispanic employees, as a class, are being discriminated against because of their national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Aug 17, 2017**   X  *[signature]*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)*   AUG 17 2017 |

RECEIVED

EEOC-EEOC-000002