Charge No:         415-2017-00854C
Charging Party:    Montoya, Eliud
Respondent:        DAVEY TREE EXPERT COMPANY

Subject:      Intake Notes:
Created By:   Torres, Diego
Date:         Aug 18, 2017
Note:         CP was hired in 2006-2007, as a Driver & Foreman. CP currently hold the Trimmer position. On April 24, 2017, CP filed an internal written complaint regarding: intimidation; wages, not paid in full to Hispanic employees; unsafe workplace; retaliatory actions from management and a hostile work environment at the work-place affecting CP and other Hispanic employees. In May 2017, Pablo Rangel, Supervisor, met with Margie Conner, Esq., Legal Representative; H.R./Employee Relations, for Respondent. Mr. Rangel returned to the work-site intimidating CP and the rest of the Hispanic workers, approximately 30 employees), stating that nothing was to become of the complaint and made a mockery of the situation, belittling CP in front of the other employees. He wanted to teach all a lesson whereas, if employees complained of the unlawful employment practices, the employees would be retaliated against.  CP stated that during his tenure, he performed successfully, until his complaint, where CP is being accused of false safety violations and a paper trail is being produced to get rid of CP. Oscar Cruz, current supervisor, was put under Mr. Rangel's supervision and was named the direct supervisor.  On June 1, 2017, CP received a written reprimand for alleged safety violations. Again on August 16, 2017, CP received another false safety-violation reprimand and a three-day suspension without pay. On August 16, 2017, CP contacted Ms. Conner to update her of the current and on-going situation at the work-place. Neither management nor Ms. Conner, gave any reason for the above-mentioned actions. Ms. Conner has continuously told CP since April through the present, that my complaint is under investigation. No reason has been given for failing to take quick and appropriate action regarding CP's complaint and management's ill treatment of Hispanic workers, as a class.

EEOC-000007