

1524 Dean Forest Rd
Savannah, Georgia

Google

Street View - May 2019

Dean Forest Rd

Google







