# EXHIBIT 23 PLACEHOLDER:

# Yellow Notebook Seized from Eliud Montoya's Vehicle