

GCP-000672





GCP-000678



GCP-00067



GCP-000680



GCP-000683



GCP-000688