# EXHIBIT 28 PLACEHOLDER:

# Box of .22 Cal. Ammunition