# EXHIBIT 29 PLACEHOLDER:

# IBEW Surveillance Video for August 18, 2017