# EXHIBIT 29A PLACEHOLDER:

# IBEW Surveillance Clip 1, Aug. 18, 2017, Van & Escalade