# EXHIBIT 29B PLACEHOLDER:

# IBEW Surveillance Clip 2, Aug. 18, 2017, Van & Escalade