# EXHIBIT 29C PLACEHOLDER:

# IBEW Surveillance Clip 3, Aug. 18, 2017, Van & Escalade