# EXHIBIT 29D PLACEHOLDER:

# IBEW Surveillance Clip 4, Aug. 18, 2017, Van & Escalade