# EXHIBIT 29E PLACEHOLDER:

# IBEW Surveillance Clip 5, Aug. 18, 2017, Van & Escalade