# EXHIBIT 29F PLACEHOLDER:

# IBEW Surveillance Clip 6, Aug. 18, 2017, Van & Escalade