EXHIBIT 29G PLACEHOLDER:

IBEW Surveillance Clip 7, Aug. 18, 2017, Van & Escalade