# EXHIBIT 29H PLACEHOLDER:

# IBEW Surveillance Clip 8, Aug. 18, 2017, Van & Escalade