# EXHIBIT 30 PLACEHOLDER:

## IBEW Surveillance Video for August 19, 2017