EXHIBIT 30a PLACEHOLDER:

IBEW Surveillance Clip 1, Aug. 19, 2017, Van