EXHIBIT 30b PLACEHOLDER:

IBEW Surveillance Clip 2, Aug. 19, 2017, Van