EXHIBIT 30c PLACEHOLDER:

IBEW Surveillance Clip 3, Aug. 19, 2017, Van