# EXHIBIT 30d PLACEHOLDER: IBEW Surveillance Clip 4, Aug. 19, 2017, Van