# EXHIBIT 30e PLACEHOLDER:

## IBEW Surveillance Clip 5, Aug. 19, 2017, Van