# EXHIBIT 30f PLACEHOLDER:

# IBEW Surveillance Clip 6, Aug. 19, 2017, Van