# EXHIBIT 30g PLACEHOLDER:

## IBEW Surveillance Clip 7, Aug. 19, 2017, Van