EXHIBIT 30h PLACEHOLDER:

IBEW Surveillance Clip 8, Aug. 19, 2017, Van