# EXHIBIT 30i PLACEHOLDER:
# IBEW Surveillance Clip 9, Aug. 19, 2017, Van