

ELIUD
MONTOYA,
41 Y   B    M
DR. GRANDHI
**PROJECTILE

CHATHAM
COUNTY
2017-6004418
8/21/17
from ②neck

2017-6004418

GBI-000084