# EXHIBIT 43 PLACEHOLDER:

# .22 Metal Jacketed Bullet and Bullet Fragment (L Neck)