EXHIBIT 45 PLACEHOLDER:

.22 Metal Jacketed Bullet (R Frontal)