# EXHIBIT 47 PLACEHOLDER:

# Metal Jacketed Bullet (Neck)