

GBI-000062