# EXHIBIT 49 PLACEHOLDER:

# .22 Metal Jacketed Bullet (Lower R Chest)