

GBI-000087