# EXHIBIT 51 PLACEHOLDER:

# Metal Jacketed Fragments