# EXHIBIT 60 PLACEHOLDER:

Chatham County Jail Call, Oct. 1, 2017 at 11:15 A.M.