| | |
|---|---|
| DATE: | October 1, 2017 |
| TIME: | 11:15:34 |
| PARTICIPANTS: | Pablo Rangel Rubio a.k.a. Pablito    [RANGEL] |
| | Sunilda Brito    [SUNILDA] |
| | Higinio Perez a.k.a Chiapas    [PEREZ] |
| ABBREVIATIONS: | |
| [Brackets] | Transcriber's notes |
| [U/I] | Unintelligible in English |
| [I/I] | Unintelligible in Spanish |
| *Italics* | Words spoken in English |
| [ph] | Phonetic rendering |

| NAME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|
| | **[Comienzo de la grabación]** | **[Beginning of Recording]** |
| | [Información pertinente comienza a las 01:54.] | [Pertinent information starts at 01:54.] |
| RANGEL: | *Hello.* | Hello. |
| SUNILDA: | *Hello.* | Hello. |
| RANGEL: | Corazón. | Love. |
| SUNILDA: | Dime corazón. | Go ahead, love. |
| RANGEL: | Me, me imaginé que te ibas guiando a la mejor con el GPS, y dije, por eso no me contestabas. | I, I thought the GPS was guiding you and thought that was why you did not answer. |
| SUNILDA: | No sé, es que, es que no que no hay señal. | I do not know. It is because I do not have reception over here. |
| | [Interposición de voces] | [Voices overlap] |
| SUNILDA: | Pero no importa dime. | But it does not matter, tell me. |
| RANGEL: | *Oh, okay, okay.* | Oh, okay, okay. |
| SUNILDA: | Dime. | Go ahead. |
| RANGEL: | [Tartamudea] ¿Ya vas pa' atrás? | [Stutters] Are you going back? |

| | | |
|---|---|---|
| SUNILDA: | Si. | Yes. |
| RANGEL: | *Oh...* | Oh… |
| SUNILDA: | ¿Qué tú querías? | What do you need? |
| RANGEL: | No, es que me estaba preocupando. Dijo aquel que no te… que no me contestabas, dijo aquel [I/I]. [Tartamudea] Estoy pensa-, pensando tonterías. | No, I was starting to worry. He said that …that you did not answer, he said [U/I]. [Stutters] I am just think-, thinking stupid stuff. |
| SUNILDA: | No, no, no, no, nada. No te preocupes, no pasa nada. | No, no, no, no, nothing. Do not worry, nothing is going to happen. |
| RANGEL: | *Yeah, yeah.* | Yeah, yeah. |
| SUNILDA: | ¿Y por qué? No corazón. Es que no entraba la llamada. Como que no hay señal por aquí. | But why? No love. It is because the call was not coming through. It looks like there is no reception around here. |
| RANGEL: | Ujúm. *Oh, okay.* | Uh-hum. Oh, okay. |
| SUNILDA: | No amor. | No love. |
| RANGEL: | *Yeah.* | Yeah. |
| SUNILDA: | Tranquilo. Yo lo que quiero que…que todo se solucione. | Do not worry. What I want is that, that everything gets resolved. |
| | [Interposición de voces] | [Voices overlap] |

| | | | |
|---|---|---|---|
| SUNILDA: | Y tú sabes que sí tengo que ir a, a la luna, a la China, allá, al Japón, a México, en donde haya que ir, vamos. | And you know that if I have to go to, to the moon, to China, over there, to Japan, to Mexico, I'll go wherever we need to go. |
| RANGEL: | Ajá. *Okay*. Ah, para allá donde fuiste es, es un barrio de morenos, ¿no? | Uh-huh. Okay. Ah where you went is it a black neighborhood, right? |
| SUNILDA: | Eh, más o menos, si. | Uh, something like that, yes. |
| RANGEL: | Ujúm. *Oh, okay, okay*. Ujúm. | Uh-hum. Oh, okay, okay. Uh-hum. |
| SUNILDA: | No yo, yo no 'pague carro porque casi se me está apagando. | No, I did not turned off the car because it was shutting off. |
| RANGEL: | Oh, *okay*. | Oh, okay. |
| SUNILDA: | Tengo que cambiarle la batería, pero… | I need to change the battery, but… |
| RANGEL: | Este… | Uh… |
| SUNILDA: | Dime amor | Yes love. |
| RANGEL: | [Tartamudea] ¿Y al último que, que te dijo a ti? ¿El señor? | [Stutters] And what, what the man say to you after all? The guy? |
| SUNILDA: | Eh, que como quiera. Ya tú sabes que sí tú… Me dices a mí, "mira, como me pasó a mí con el carro." | Uh, that either way. You know that if you.. He tells me, "look, the same thing happened to my car." |
| RANGEL: | Ajá. | Uh-huh. |

| | | |
|---|---|---|
| SUNILDA: | Me dice muchacho, "píntame el carro," Eso fue lo que pasó. "Píntame el carro." Yo me traje el carro sin pintar. Me dice, "me tienes que pagar, pintarte el carro o no lo pinte." | The guy told me, "paint the car for me." This is what happened. "Do the paint job on my car." I took the car without having it paint. He says, "you have to pay up, have the car painted or not." |
| RANGEL: | *Yeah, yeah.* | Yeah, yeah. |
| SUNILDA: | Y ya. | And that is it. |
| RANGEL: | *Okay, okay.* No está bien. | Okay, okay. Alright. |
| SUNILDA: | Entonces… | Then… |
| | [Interposición de voces] | [Voices overlap] |
| SUNILDA: | …también [I/I] nada más nos fue así, tú sabes. Yo te voy a explicar bien. Pero…y tú sabes que a veces gente que usan otra manera… | …also [U/I] it is the way that it happened to us, you know it. I will explain it to you thoroughly. But…and you know that people use another way… |
| RANGEL: | Si. | Yes. |
| SUNILDA: | …Es como, cuando te están…amenazando, prácticamente, porque si te dice, "no, o me devuel-…me buscas todo mi dinero porque ya yo te pinto el carro." | …It is the same as if they were…practically threatening you. Because they tell you, "no, give me back-…or gather all my money because I already painted the car." |
| | [Interposición de voces] | [Voices overlap] |
| RANGEL: | Si, si, está bien, 'ta bien. No [I/I]. | Yes, yes, that's fine, that's fine. No [U/I]. |

| | | | |
|---|---|---|---|
| SUNILDA: | Y a mí no me importa que si me lo pinta o no. Tú sabes. | | And I do not care if it's painted or not. You know. |
| | [Interposición de voces] | | [Voices overlap] |
| RANGEL: | [Tartamudea] [I/I] sin gasolina y todo eso [I/I] también. [Tartamudea] [I/I] te puedes quedar por ahí sin gasolina, ya, y a anduviste… | | [Stutters] [U/I] without gas and all that [U/I] too. [Stutters] [U/I] you can run out of gas, since you drove… |
| | [Interposición de voces] | | [Voices overlap] |
| SUNILDA: | No amor. Yo puse, yo, [I/I] me dio cincuenta pesos. Que yo…hice unos rolos. Y yo me pare puse gasolina antes de, antes de venir…. | | No love. I put on, I, [U/I] gave me fifty pesos. Because I…did some curls.. And I stop to put gas before, before coming… |
| RANGEL: | Ujúm. | | Uh-hum. |
| SUNILDA: | …antes de coger para acá. No, no te preocupes. Tranquilo. [Risita] | | …before coming here. No, do not worry. Relax. [Chuckles] |
| RANGEL: | [I/I] bello. | | [U/I] beautiful. |
| SUNILDA: | Tú sabes que soy media torpe para las direcciones, pero que el GPS me saca a todos lados. | | You know I'm kind of clumsy with directions, but GPS gets me out from anywhere. |
| RANGEL: | Ajá. | | Uh-huh. |
| | [Pausa] | | [Pause] |

Case 4:18-cr-00274-LGW-BWC   Document 632-79   Filed 05/23/22   Page 6 of 7

| | | |
|---|---|---|
| RANGEL: | Este… | Uh… |
| SUNILDA: | Pero, está bien, corazón. No te preocupes, tranquilo. Esperemos que… | But, it is fine, love. Do not worry, relax. We hope that… |
| | [Interposición de voces] | [Voices overlap] |
| RANGEL: | Si este... | Yes uh… |
| SUNILDA: | …que se pueda… ¿Ah? | …that it can… Huh? |
| RANGEL: | Está bien *baby*, entonces. Como quiera ahí nos, nos hablamos, entonces. Yo te llamo ya en la tarde. Cuídate mucho. | Alright baby then. Either way we will talk then. I will call you in the afternoon. Take good care of yourself. |
| | [Interposición de voces] | [Voices overlap] |
| SUNILDA: | Si amor. Tranquilo, no te preocupes, yo el martes yo te, te voy a ver. | Yes love. Relax, do not worry, I will see you on, on Tuesday. |
| RANGEL: | *Okay baby, okay,* está bien. | Okay baby, okay, it is fine. |
| SUNILDA: | Sí Dios quiere. Te amo, *bye*. | God willing. I love you, bye. |
| RANGEL: | *Bye baby, bye*. [Grabación: Adios…] | Bye baby, bye. [Recording: Good…] |
| | **[Fin de llamada]** | **[End of call]** |