# WOLF TREE / DAVEY TREE MONEY TO PABLO RANGEL ACCOUNTS
## 12/14/07 - 11/20/17

| ACCOUNT | TIME PERIOD | NUMBER OF DIRECT DEPOSITS & CHECKS | TOTAL DEPOSITED |
|---|---|---|---|
| BANK OF AMERICA - 2385, 8908 & 2147 (OTHER EMPLOYEES) | 02/29/08 - 09/29/17 | 2,280 | $1,745,223.95 |
| WELLS FARGO - 6752 (OTHER EMPLOYEES) | 06/02/11 - 08/17/17 | 856 | $635,945.25 |
| BANK OF AMERICA - 2385, 8908 & 2147 (PABLO RANGEL) | 12/14/07 - 11/20/17 | 505 | $600,549.73 |
| TOTAL | | 3,641 | $2,981,718.93 |