# WOLF TREE / DAVEY TREE MONEY TO JUAN RANGEL ACCOUNTS
## 12/14/07 - 08/24/17

| ACCOUNT | TIME PERIOD | NUMBER OF DIRECT DEPOSITS | TOTAL DEPOSITED |
|---|---|---|---|
| BANK OF AMERICA - 6931 (OTHER EMPLOYEES) | 06/25/09 - 08/24/17 | 403 | $402,397.59 |
| BANK OF AMERICA - 8386 (OTHER EMPLOYEES) | 04/30/15 - 08/24/17 | 227 | $162,027.06 |
| BANK OF AMERICA - 6931 (JUAN RANGEL) | 12/14/07 - 06/06/08 | 26 | $21,791.49 |
| TOTAL | | 656 | **$586,216.14** |