# WOLF TREE / DAVEY TREE
## MONEY TO
## JUAN RANGEL AND PABLO RANGEL
## 12/14/07 - 11/20/17

| ACCOUNT | TIME PERIOD | NUMBER OF DIRECT DEPOSITS & CHECKS | TOTAL DEPOSITED |
|---|---|---|---|
| JUAN RANGEL | 12/14/07 - 08/24/17 | 656 | $586,216.14 |
| PABLO RANGEL | 12/14/07 - 11/20/17 | 3,641 | $2,981,718.93 |
| **TOTAL** | | **4,297** | **$3,567,935.07** |