# HIGINIO PEREZ
## WELLS FARGO ACCOUNT ENDING - 1913
## MONTHLY SUMMARY
## 07/11/16 - 01/10/18

| MONTH | STARTING BALANCE | ADDITIONS | SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|
| JUL 2016 | $0.00 | $200.00 | $0.00 | $200.00 |
| AUG 2016 | $200.00 | $307.00 | $298.84 | $208.16 |
| SEP 2016 | $208.16 | $0.00 | $17.75 | $190.41 |
| OCT 2016 | $190.41 | $0.00 | $10.00 | $180.41 |
| NOV 2016 | $180.41 | $0.00 | $10.00 | $170.41 |
| DEC 2016 | $170.41 | $0.00 | $10.00 | $160.41 |
| JAN 2017 | $160.41 | $0.00 | $10.00 | $150.41 |
| FEB 2017 | $150.41 | $0.00 | $10.00 | $140.41 |
| MAR 2017 | $140.41 | $0.00 | $10.00 | $130.41 |
| APR 2017 | $130.41 | $0.00 | $10.00 | $120.41 |
| MAY 2017 | $120.41 | $0.00 | $10.00 | $110.41 |
| JUN 2017 | $110.41 | $20,000.00 | $325.00 | $19,785.41 |
| JUL 2017 | $19,785.41 | $0.00 | $12,004.58 | $7,780.83 |
| AUG 2017 | $7,780.83 | $0.00 | $97.86 | $7,682.97 |
| SEP 2017 | $7,682.97 | $0.00 | $589.28 | $7,093.69 |
| OCT 2017 | $7,093.69 | $200.00 | $270.14 | $7,023.55 |
| NOV 2017 | $7,023.55 | $0.00 | $5,205.50 | $1,818.05 |
| DEC 2017 | $1,818.05 | $0.00 | $0.00 | $1,818.05 |
| JAN 2018 | $1,818.05 | $0.00 | $854.58 | $963.47 |
| **TOTAL** | | **$20,707.00** | **$19,743.53** | |