# FRIDAY, AUGUST 18, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND ESCALADE SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 12:32:54 PM | ESCALADE | 08-18-2017 Fri 12:32:54 |
| 12:36:45 PM | ESCALADE | 08-18-2017 Fri 12:36:45 |
| 12:46:44 PM | ESCALADE | 08-18-2017 Fri 12:46:44 |

# FRIDAY, AUGUST 18, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND ESCALADE SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 12:54:06 PM | VAN LADDERS ON TOP | 08-18-2017 Fri 12:54:06 |
| 12:55:13 PM | ESCALADE | 08-18-2017 Fri 12:55:13 |
| 12:56:23 PM | ESCALADE | 08-18-2017 Fri 12:56:23 |

# FRIDAY, AUGUST 18, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND ESCALADE SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 12:59:55 PM | VAN<br>LADDERS ON TOP | 08-18-2017 Fri 12:59:55 |
| 1:00:03 PM | VAN<br>LADDERS ON TOP | 08-18-2017 Fri 13:00:03 |
| 1:03:32 PM | VAN<br>LADDERS ON TOP | 08-18-2017 Fri 13:03:32 |

# FRIDAY, AUGUST 18, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND ESCALADE SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 1:37:01 PM | ESCALADE | 08-18-2017 Fri 13:37:01 |
| 1:42:49 PM | ESCALADE | 08-18-2017 Fri 13:42:49 |
| 1:54:49 PM | ESCALADE | 08-18-2017 Fri 13:54:49 |

# FRIDAY, AUGUST 18, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND ESCALADE SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 2:00:01 PM | ESCALADE | 08-18-2017 Fri 14:00:01 |
| 2:53:37 PM | ESCALADE | 08-18-2017 Fri 14:53:37 |
| 2:58:36 PM | ESCALADE | 08-18-2017 Fri 14:58:36 |

# FRIDAY, AUGUST 18, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND ESCALADE SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
| --- | --- | --- |
| 2:59:22 PM | | **VIDEO ENDS - LAST VIDEO FOR 08/18/17** |