

08-19-2017 Sat 07:01:02 Case 4:18-cr-00274-LGW-BWC Document 632-114 Filed 05/23/22 Page 1 of 31









Parking 1



08-19-2017 Sat 09:03:24

Parking 1



Parking 1



Case 4:18-cr-00274-LGW-BWC    Document 635-114    Filed 05/23/22    Page 8 of 31

08-19-2017 Sat 09:58:07


Case 4:18-cr-00375-LGW-BWC   Document 82-019   Filed 05/23/22   Page 9 of 31



Case 4:14-cr-00174-GW-BWO   Document 2622-14   Filed 05/25/22   Page 10 of 31

Parking 1



Case 4:18-cr-00274-LCW-RNC    Document 132-14    Filed 05/23/22    Page 11 of 31



Parking 1



Case 4:18-cr-00274-LGW-BWC    Document 532-14    Filed 05/23/22    Page 13 of 31

08-19-2017 Sat 10:33:30

Parking 1



Case 4:18-cr-00274-LCW-RWC Document 521-114 Filed 06/03/22 Page 14 of 31

Parking 1



Case 4:18-cr-00274-GW-PWG    Document 532-214    Filed 05/23/22    Page 15 of 31

Parking 1



Parking 1



Case 4:18-cr-00274-LGW-BWC   Document 22-17   Filed 05/23/22   Page 1 of 31

Parking 1




Case 4:18-cr-00274-LCW-BWC   Document 632-14   Filed 05/23/22   Page 19 of 31


Case 4:18-cr-00274-LGW-BWC   Document 632-114   Filed 05/23/22   Page 20 of 31


Case 4:18-cr-00274-LGW-BWC   Document 632-114   Filed 06/23/22   Page 21 of 31










08-19-2017 Sat 11:50:11


08-19-2017 Sat 11:34:57

Case 4:18-cr-00274-LGW-BWC    Document 632-114    Filed 05/23/22    Page 27 of 31








08-19-2017 Sat 11:42:12

Case 7:18-cr-00274-LGW-BWC   Document 432-14   Filed 05/23/22   Page 31 of 31