# SATURDAY, AUGUST 19, 2017
# IBEW VIDEO
## HIGINIO PEREZ-BRAVO VAN AND TOYOTA CAMRY SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 7:51:02 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 07:51:02 |
| 7:55:21 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 07:55:21 |
| 8:07:00 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 08:07:00 |
| 8:09:37 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 08:09:37 |

# SATURDAY, AUGUST 19, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND TOYOTA CAMRY SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 8:54:31 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 08:54:31 |
| 9:03:24 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 09:03:24 |
| 9:03:32 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 09:03:32 |
| 9:58:07 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 09:58:07 |

## SATURDAY, AUGUST 19, 2017
## IBEW VIDEO
## HIGINIO PEREZ-BRAVO VAN AND TOYOTA CAMRY SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 9:58:37 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 09:58:37 |
| 10:04:33 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 10:04:33 |
| 10:04:42 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 10:04:42 |
| 10:33:19 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 10:33:19 |

## SATURDAY, AUGUST 19, 2017
## IBEW VIDEO
## HIGINIO PEREZ-BRAVO VAN AND TOYOTA CAMRY SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 10:33:30 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 10:33:30 |
| 10:37:57 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 10:37:57 |
| 10:38:08 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 10:38:08 |
| 11:12:49 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:12:49 |

## SATURDAY, AUGUST 19, 2017
## IBEW VIDEO
## HIGINIO PEREZ-BRAVO VAN AND TOYOTA CAMRY SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 11:13:12 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:13:12 |
| 11:16:06 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:16:06 |
| 11:16:11 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:16:11 |
| 11:16:21 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:16:21 |

# SATURDAY, AUGUST 19, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND TOYOTA CAMRY SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 11:23:20 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:23:20 |
| 11:23:26 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:23:26 |
| 11:26:56 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:26:56 |
| 11:27:15 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:27:15 |

## SATURDAY, AUGUST 19, 2017
## IBEW VIDEO
## HIGINIO PEREZ-BRAVO VAN AND TOYOTA CAMRY SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 11:30:01 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:30:01 |
| 11:30:11 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:30:11 |
| 11:34:37 AM | SILVER TOYOTA CAMRY | 08-19-2017 Sat 11:34:37 |
| 11:34:56 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:34:56 |

# SATURDAY, AUGUST 19, 2017
# IBEW VIDEO
# HIGINIO PEREZ-BRAVO VAN AND TOYOTA CAMRY SIGHTINGS

| TIME | VEHICLE | ACTIVITY |
|---|---|---|
| 11:36:16 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:36:16 |
| 11:41:05 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:41:05 |
| 11:42:12 AM | VAN LADDERS ON TOP | 08-19-2017 Sat 11:42:12 |