# CALL ACTIVITY
# 912-662-9133

| DATE | TIME | DIRECTION | CONTACT NUMBER | SUBSCRIBER |
|---|---|---|---|---|
| 08/18/17 | 12:49:11 PM | OUTGOING | 805 637 7243 | VOICEMAIL RETRIEVAL |
| 08/18/17 | 12:49:26 PM | OUTGOING | 805 637 7243 | VOICEMAIL RETRIEVAL |
| 08/18/17 | 03:45:07 PM | OUTGOING | 843 707 3148 | SUNILDA BRITO |
| 08/19/17 | 12:17:29 PM | OUTGOING | 843 707 3148 | SUNILDA BRITO |
| 08/19/17 | 12:17:44 PM | OUTGOING | 912 631 4590 | HIGINIO PEREZ |
| 08/19/17 | 12:26:01 PM | OUTGOING | 912 631 4590 | HIGINIO PEREZ |
| 08/19/17 | 12:30:28 PM | INCOMING | 912 631 4590 | HIGINIO PEREZ |
| 08/19/17 | 12:34:05 PM | OUTGOING | 843 707 3148 | SUNILDA BRITO |
| 08/19/17 | 01:11:19 PM | INCOMING | 843 707 3148 | SUNILDA BRITO |
| 08/19/17 | 01:26:40 PM | OUTGOING | 843 707 3148 | SUNILDA BRITO |