# AUGUST 18, 2017
## CALL ACTIVITY PERTINENT PHONES AND LOCATIONS
## JUAN RANGEL (912-662-9133, 912-677-2816) AND HIGINIO PEREZ (912-631-4590)

| PHONE | TIME | DIRECTION | CONTACT NUMBER | ASSOCIATED PARTY | CALL DURATION (MINUTES) | TOWER LOCATION |
|---|---|---|---|---|---|---|
| JUAN RANGEL - 9133 | 12:49:11 PM | OUTGOING | 805 637 7243 | VOICEMAIL RETRIEVAL | 00:08 | 1500A OLD DEAN FOREST RD SAVANNAH, GA (T-MOBILE) |
| JUAN RANGEL - 9133 | 12:49:26 PM | OUTGOING | 805 637 7243 | VOICEMAIL RETRIEVAL | 00:18 | 1500A OLD DEAN FOREST RD SAVANNAH, GA (T-MOBILE) |
| JUAN RANGEL - 2816 | 12:55:42 PM | INCOMING | 912 631 4590 | HIGINIO PEREZ | 00:53 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |
| HIGINIO PEREZ - 4590 | 12:55:43 PM | OUTGOING | 912 677 2816 | JUAN RANGEL | 00:52 | JIM GILLIS HISTORIC SAVANNAH PKWY SAVANNAH, GA (AT&T) |
| HIGINIO PEREZ - 4590 | 12:58:46 PM | OUTGOING | 912 677 2816 | JUAN RANGEL | 03:55 | JIM GILLIS HISTORIC SAVANNAH PKWY SAVANNAH, GA (AT&T) |
| JUAN RANGEL - 2816 | 12:58:46 PM | INCOMING | 912 631 4590 | HIGINIO PEREZ | 03:55 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |
| JUAN RANGEL - 2816 | 1:11:34 PM | INCOMING | 912 313 6350 | PABLO RANGEL | 00:46 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |
| JUAN RANGEL - 2816 | 1:15:11 PM | INCOMING | 912 921 9220 | JHONATAN RANGEL | 02:25 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |
| JUAN RANGEL - 2816 | 1:48:35 PM | OUTGOING | 912 659 7687 | MI VERO | 11:58 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |
| JUAN RANGEL - 2816 | 2:53:08 PM | OUTGOING | 115217711887175 | UNKNOWN | 08:14 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |
| JUAN RANGEL - 2816 | 3:40:56 PM | OUTGOING | 912 313 6350 | PABLO RANGEL | 04:24 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |
| JUAN RANGEL - 9133 | 3:45:07 PM | OUTGOING | 843 707 3148 | SUNILDA BRITO | 04:24 | 1500A OLD DEAN FOREST RD SAVANNAH, GA (T-MOBILE) |
| JUAN RANGEL - 2816 | 3:54:36 PM | INCOMING | 912 631 4590 | HIGINIO PEREZ | 01:44 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |