## CALL ACTIVITY PERTINENT PHONES AND LOCATIONS
## JUAN RANGEL (912-662-9133, 912-677-2816) AND HIGINIO PEREZ (912-631-4590)

| PHONE | TIME | DIRECTION | CONTACT NUMBER | ASSOCIATED PARTY | CALL DURATION (MINUTES) | TOWER LOCATION |
|---|---|---|---|---|---|---|
| JUAN RANGEL - 2816 | 08:34:37 AM | INCOMING | 912 313 6537 | OSCAR CRUZ | 04:18 | 126 T PINE MEADOW RD POOLER, GA (VERIZON) |
| HIGINIO PEREZ - 4590 | 10:25:17 AM | INCOMING | 912 604 6483 | UNKNOWN | 07:03 | JIM GILLIS HISTORIC SAVANNAH PKWY SAVANNAH, GA (AT&T) |
| JUAN RANGEL - 9133 | 12:17:29 PM | OUTGOING | 843 707 3148 | SUNILDA BRITO | 00:00 | 1500A OLD DEAN FOREST RD SAVANNAH, GA (T-MOBILE) |
| JUAN RANGEL - 9133 | 12:17:44 PM | OUTGOING | 912 631 4590 | HIGINIO PEREZ | 01:35 | 1500A OLD DEAN FOREST RD SAVANNAH, GA (T-MOBILE) |
| HIGINIO PEREZ - 4590 | 12:18:05 PM | INCOMING | 912 662 9133 | JUAN RANGEL | 01:36 | 5620 OGEECHEE RD SAVANNAH, GA (AT&T) |
| JUAN RANGEL - 9133 | 12:26:01 PM | OUTGOING | 912 631 4590 | HIGINIO PEREZ | 02:08 | 1500A OLD DEAN FOREST RD SAVANNAH, GA (T-MOBILE) |
| HIGINIO PEREZ - 4590 | 12:26:19 PM | INCOMING | 912 662 9133 | JUAN RANGEL | 02:09 | 4119A OGEECHEE RD SAVANNAH, GA (AT&T) |
| JUAN RANGEL - 9133 | 12:30:28 PM | INCOMING | 912 631 4590 | HIGINIO PEREZ | 01:36 | 1500A OLD DEAN FOREST RD SAVANNAH, GA (T-MOBILE) |
| HIGINIO PEREZ - 4590 | 12:30:45 PM | OUTGOING | 912 662 9133 | JUAN RANGEL | 01:36 | 1000 CHATHAM PKWY & JIM GILLIS HISTORIC SAVANNAH PKWY SAVANNAH, GA (AT&T) |
| JUAN RANGEL - 9133 | 12:34:05 PM | OUTGOING | 843 707 3148 | SUNILDA BRITO | 00:00 | 1500A OLD DEAN FOREST RD SAVANNAH, GA (T-MOBILE) |
| JUAN RANGEL - 2816 | 12:35:36 PM | OUTGOING | 912 313 6350 | PABLO RANGEL | 00:50 | 27-T PARISH WAY POOLER, GA (VERIZON) |