# EXHIBIT 81 PLACEHOLDER:

# McDonald's Surveillance Video for August 19, 2017