# FREQUENCY OF CONTACTS
# BETWEEN THE PHONES OF
# HIGINIO PEREZ AND RANGEL-RUBIO BROTHERS

| PARTIES | DATES | NUMBER OF CALLS |
|---|---|---|
| HIGINIO PEREZ (4590) & PABLO RANGEL (6350) | 03/24/17 - 08/19/17 | 61 |
| HIGINIO PEREZ (4590) & JUAN RANGEL (2816 & 9133) | 08/18/17 - 08/19/17 | 13 |