# *US v. HIGINIO PEREZ-BRAVO*

## PERTINENT PHONE NUMBERS

| USER | PHONE NO. |
|---|---|
| Higinio Perez | 912-631-4590 |
| Juan Rangel-Rubio | 912-677-2816 |
| Juan Rangel-Rubio | 912-662-9133 |
| Pablo Rangel-Rubio | 912-313-6350 |