IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JUAN RANGEL-RUBIO,<br><br>    DEFENDANT | CASE NUMBER: 4:18CR00274 |

## LIMITED NOTICE OF APPEARANCE

COMES NOW, Lindy Moody, and files this Limited Notice of Appearance as Attorney of Record for the Defendant in the above-captioned matter, as said attorney intends to sit as second-chair only for the Defendant's upcoming jury trial.

Respectfully submitted this 19th day of October, 2022.

                                                */s/ Lindy Moody*
                                                Lindy Moody
                                                GA Bar No. 427126

The L. Moody Law Firm, P.C.
2 E. Bryan Street, 502
Savannah, GA 31401
P:  912-421-8527
themoodyfirm@gmail.com

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NUMBER: 4:18CR00274** |
| **V.** | |
| **JUAN RANGEL-RUBIO,** | |
| **DEFENDANT** | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served all interested parties in this matter with a Notice of Electronic Filing through filing the forgoing document with the Clerk of Court using the CM/ECF system.

Respectfully submitted this 19th day of October, 2022.

                                                           */s/ Lindy Moody*
                                                         Lindy Moody
                                                         GA Bar No. 427126

The L. Moody Law Firm, P.C.
2 E. Bryan Street, 502
Savannah, GA 31401
P:  912-421-8527
themoodyfirm@gmail.com