| | | |
|---|---|---|
| SENTENCING MINUTES | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF GEORGIA<br>BRUNSWICK DIVISION | JUDGE: LISA GODBEY WOOD<br>DATE: 11/16/2022 |

CRIMINAL CASE NO. CR 418-274
UNITED STATES OF AMERICA VS. Higinio Perez-Bravo

COURTROOM DEPUTY SHARP                    COURT REPORTER GILBERT

ATTORNEY(S) FOR THE GOVERNMENT:           ATTORNEY(S) FOR THE DEFENDANT:
Tania Groover                             Bobby Phillips and John Martin

U.S. PROBATION OFFICER:                   DEFENDANT SENTENCED ON COUNT(S)
Kayla                                     8

[X] Presentence Report Reviewed In Full   Custody 240 Months B.O.P.
[X] Objections to Factual Basis           Probation n/a
[X] Objections To Guidelines Calculations Supervised Release 5 Years
[X] Changes Ordered in Factual Basis/Calculations   Special Conditions As directed by the Court
[ ] No Changes Ordered                    Fine $ no fine
[X] Findings Of The Court                 Restitution $ 1,329,412.80 (Interest waived)
                                          Special Assessment $ 100
Total Offense Level 39                    To Be Paid As directed by the Court
Criminal History I                        Community Service n/a
Guideline Range 262-327                   Facility Recommended FCI Estill
Supervised Release 2-5 Years              Defendant Remanded To The USM Yes
Fine 50,000 - 250,000                     Voluntary Surrender No
Special Assessment $100                   To USM [X]   To Facility [ ]
Life  Minimum -  _____ Maximum          Appeal Waiver [X]
[X] Witnesses Testify                     Sentencing Memo/Motions Reviewed [X]
[X] Statements Of Counsel                 Motions Granted [X]   Restitution See above
[ ] Statements By Defendant               Upon release, Defendant is to be delivered to a
[X] Sentence Pronounced                   Customs officer for deportation proceedings.

U.S. Deputy Marshal Parnell
Court Security Officer Chaney             Time 10:08 to 11:50   Total 1 hr 42 min