AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:   4:18CR00274-3 |
| Higinio Perez-Bravo | ) |
| | ) USM No:   22888-021 |
| | ) |
| Date of Original Judgment:     November 16, 2022 | ) |
| Date of Previous Amended Judgment: N/A | ) Bobby Phillips and John R. Martin |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Former Attorneys* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Retroactive application of Amendment 821 does not result in a change to the offense-level computation or a change to the criminal history calculation. Although he was not assigned any criminal history points, the defendant is not eligible for an offense-level adjustment pursuant to USSG §4C1.1 ("Zero-Point Offenders") because the offense conduct resulted in death. USSG §4C1.1(a)(4). Accordingly, since retroactive application of Amendment 821 does not have the effect of lowering the defendant's total offense level, his criminal history category, or his applicable guideline range, a reduction in sentence is not authorized under 18 U.S.C. § 3582(c)(2). USSG §1B1.10(a)(2)(B).

Except as otherwise provided, all provisions of the judgment dated ____November 16, 2022____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   *April 16, 2026*

Effective Date: _____
*(if different from order date)*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE